**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | CRIMINAL ACTION NO. |
| : | 1:04-CR-0284-02-RWS |
| MIGUEL ANGEL : | |
| MONDRAGON, : | |
| : | |
| Defendant. | |

**ORDER**

Attorney Herbert Shafer was retained by Defendant Mondragon to represent him in the trial of his case. Attorney Shafer was not retained for purposes of filing an appeal. After Defendant Mondragon was convicted, he filed a Motion for Adjudication of Insolvency for Transcript [162]. In an Order [171] entered October 17, 2005, the Court found that Defendant Mondragon is indigent and granted his motion for a transcript.

The Court has been advised that a defendant may not be provided a transcript pursuant to CJA unless he is proceeding *pro se* or has appointed counsel. The Court has conferred with Attorney Shafer who indicated that he

had intended to represent Defendant Mondragon on his appeal *pro bono*. In order to provide the Defendant with a transcript for purposes of appeal, the Court hereby appoints Mr. Shafer to represent Defendant Mondragon on his appeal. Therefore, he is entitled to a transcript of proceedings pursuant to CJA.

**SO ORDERED** this   24th   day of October, 2005.

/s/ Richard W. Story
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)